IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| DERRICK KING, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:24-CV-190 (LAG) (AGH) |
| SHERIFF KEVIN SPROUL, *et al.*, | : |
| Defendants. | : |

## ORDER

Plaintiff Derrick King, an inmate in the Dougherty County Jail in Albany, Georgia, filed a *pro se* 42 U.S.C. § 1983 complaint and moved to proceed *in forma pauperis*. (Docs. 1, 2). On January 28, 2025, the Court ordered Plaintiff to provide a certified copy of his trust fund account statement and file a recast complaint. (Doc. 4). Plaintiff failed to respond to the Order. The Court, therefore, ordered Plaintiff to show cause why his case should not be dismissed for failure to comply with the January 28, 2025 Order. (Doc. 5). The show cause order was returned undelivered, reflecting that Plaintiff is out of jail. (Doc. 6).

Plaintiff is apparently no longer confined in the Dougherty County Jail. (*See id.*) A review of the Georgia Department of Corrections' website, shows that Plaintiff is not incarcerated within the Georgia Department of Corrections. https://services.gdc.ga.gov/GDC/OffenderQuery/jsp/OffQryRedirector.jsp (last visited August 6, 2025). Plaintiff has not provided the Court with his current address. (*See* Docket). The Court has no way of locating Plaintiff.

Due to Plaintiff's failure to provide a current address and failure to respond to the Court's Orders and prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v.*

*Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

        **SO ORDERED**, this 6th day of August, 2025.

                                /s/ Leslie A. Gardner
                                **LESLIE A. GARDNER, CHIEF JUDGE**
                                **UNITED STATES DISTRICT COURT**