IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| DERRICK KING, | * |
| Plaintiff, | * |
| v. | Case No. 1:24-CV-190 (LAG) (AGH) |
| | * |
| SHERIFF KEVIN SPROUL, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated August 6, 2025 and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 6th day of August, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk